# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Chambers of<br>**Mary Alice Theiler**<br>United States Magistrate Judge | 700 Stewart Street<br>U.S. Courthouse – Suite 12132<br>Seattle, WA 98101 |

October 30, 2007

To:   Robert A. Friedman, Law Offices of Robert A. Friedman

David M. Blume, Social Security Administration
Brian C. Kipnis, U.S. Attorney's Office

From:   Mary Alice Theiler, United States Magistrate Judge

Re:   Vicki Brown on behalf of Stuart Brown v. Michael Astrue, SSA; (No: C07-0699-JLR)

Enclosed is a copy of my Report and Recommendation and proposed order in the above-captioned case, which has been filed with the Clerk. This Report and Recommendation is not an appealable order. Any notice of appeal should not be filed until the District Judge enters judgment in this case.

Objections to the recommendation should be filed with the Clerk and served upon all parties to this suit within **fifteen (15)** days of the date of this letter. Failure to file objections within the specified time waives the right to appeal any order by the District Court adopting this report and recommendation. In accordance with our local rules, you should note your objections for consideration on the District Judge's motion calendar for the third Friday after they are filed. If no timely objections are filed, the matter will be ready for consideration by the District Judge on November 16, 2007.

Thank you for your cooperation.

Sincerely,

Mary Alice Theiler
United States Magistrate Judge

enclosures

cc:   Hon. James L. Robart